```
 1  CLARKE B. HOLLAND (SBN 76805); cholland@plawp.com
    LISA L. KIRK (SBN 130272); lkirk@plawp.com
    LHB PACIFIC LAW PARTNERS, LLP
 2  5858 Horton Street, Suite 370
    Emeryville, CA  94608
 3  Tel: (510) 841-7777
    Fax; (510) 841-7776
 4
    GORDON M. PARK (SBN072190)
 5  gordon.park@mccormickbarstow.com
    MCCORMICK BARSTOW LLP
 6  8337 West Sunset Rd., Ste. 350
    Las Vegas, NV 89113
 7  Tel: (702) 949-1100
    Fax: (702) 949-1101
 8
    Attorneys for Defendant
 9  OREGON MUTUAL INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ARVIND and ALKA AGARWAL, | Case No.: CV11-02524JF |
| Plaintiffs, | **REQUEST AND STIPULATION RE EXTENSION OF ADR DEADLINE (ADR L.R. 3-5), AND ORDER EXTENDING DEADLINE** |
| v. | |
| OREGON MUTUAL INSURANCE COMPANY, and DOES 1 through 30, inclusive, | Case Management Conference:<br>Date:   August 12, 2011<br>Time:   10:30 a.m.<br>Courtroom: 3<br>Judge:   Hon. Jeremy Fogel |
| Defendant. | |

///
///
///
///
///
///

1

Case No. CV11-02524JF          Request re Extension of ADR Deadline

This matter has been assigned to the ADR Multi-Option Program pursuant to the ADR Local Rules of this court. The parties have conferred and believe that it is in the best interests of the parties and the court to extend the deadline for selecting an ADR Option until after the Case Management Conference in this case, which is presently set for August 12, 2011. The reasons for the request for extension are as follows:

Defendant Oregon Mutual has filed a Motion to Transfer for Convenience (28 USC § 1404(a)), which is presently set for hearing on August 12, 2011. The Motion seeks to transfer this suit to the District of Nevada. If the Motion to Transfer is granted, this Court's Local Rules regarding ADR will no longer be applicable to the matter. The parties therefore believe it prudent to await a ruling on the pending Motion before proceeding with local court-sponsored dispute resolution procedures.

In addition, Plaintiffs Arvind and Alka Agarwal have filed a Voluntary Petition for Chapter 13 Bankruptcy in U.S. Bankruptcy Court, District of Nevada (Petition #11017763-lbr). The bankruptcy court has not yet approved retention of plaintiffs' counsel in connection with this litigation. A motion for the same is to be filed on Monday, August 1, 2011 by plaintiffs' bankruptcy counsel. The parties do not believe the ADR options are beneficial or advisable under these circumstances.

Therefore the parties, by and through their counsel, hereby stipulate and request, if agreeable with the Court, that the deadline for selecting an ADR Option be extended to August 19, 2011, or other date as selected by the court.

DATED: July 28, 2011                LAW OFFICES OF WILLIAM C. DRESSER

_____
William C. Dresser
Attorney for Plaintiffs ARVIND and ALKA AGARWAL

DATED: July 21, 2011                LHB PACIFIC LAW PARTNERS, LLP

_____
Lisa L. Kirk
Attorneys for Defendant OREGON MUTUAL
INSURANCE COMPANY

## ORDER

Pursuant to this Request and Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the parties' deadline for filing a Stipulation Selecting ADR Process under Civil L.R. 16-8 and ADR L.R. 3-5 is extended to August 19, 2011.

DATED: 8/9/11          BY: _____
                           HON. JEREMY FOGEL
                           JUDGE OF THE DISTRICT COURT

LHB Pacific Law Partners, LLP
5858 Horton Street, Suite 370
Emeryville, CA 94608
(510) 841-7777 - Facsimile (510) 841-7776